UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRACY A. STOKES,
        Plaintiff,

    v.                                      Case No. 07-C-0496

DAVID BETH,
        Defendant.

## ORDER

Plaintiff Tracy Stokes filed this pro se civil rights complaint under 42 U.S.C. § 1983. In a decision and order dated May 2, 2008, I granted plaintiff's motion for leave to proceed in forma pauperis. I issued a scheduling order on July 9, 2008, which set deadlines for the close of discovery and the filing of dispositive motions. Before me now is a letter from plaintiff that was filed September 9, 2008, and docketed as a request to amend the complaint. The letter requests a copy of the original complaint on file and leave to amend the complaint. The Clerk's Office has since mailed a copy of the original complaint to plaintiff, which remedies the first request.

Regarding the request to amend his complaint, while leave to amend is to be "freely given when justice so requires," Fed. R. Civ. P. 15(a), "leave to amend is not automatically granted." Crest Hill Land Dev., LLC v. City of Joliet, 396 F.3d 801, 804 (7th Cir. 2005). The Civil Local Rules provide:

> A motion to amend a pleading must specifically state in the motion what changes are sought by the proposed amendments. Any party submitting a motion to amend must attach to the motion the original of the proposed amended pleading. Any amendment to the pleading, whether filed as a matter of course or upon motion to amend, must reproduce the entire pleadings as amended, and may not incorporate any prior pleading by

> reference. If the motion to amend is granted, the clerk must
> then detach the amended pleading and file it when the order
> granting the motion to amend is filed.

Civil L.R. 15.1 (E.D. Wis.). Plaintiff's motion inadequately describes the changes sought by the proposed amendments, and there is no proposed amended complaint attached to plaintiff's motion. Plaintiff has not complied with the requirements of Civ. L.R. 15.1, and I will therefore deny his request to amend his complaint.

**IT IS THEREFORE ORDERED** that plaintiff's request to amend his complaint (Docket #25) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 22 day of October, 2008.

/s  
LYNN ADELMAN  
District Judge